# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID LEE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>    Defendant. | Case No. 2:17-cv-02095-RFB-PAL<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY LEEN** |

    Before the Court for consideration is the Report and Recommendation of the Honorable Peggy Leen, United States Magistrate Judge, entered March 7, 2019. ECF No. 6. The Report recommending dismissing this case without prejudice. No objection was filed to the Report. For the reasons discussed below, the Report and Recommendation is adopted in full.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

    The Court has reviewed the Report and the record and concurs with the Report's recommendations. Plaintiff has filed no objection to the Report.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is ADOPTED in full. The Complaint is dismissed without prejudice. The Clerk of Court is instructed to close this case.

DATED: April 8, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**